UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERALD FRIERSON,<br><br>Defendant. | Case No. ED 09-210 M<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___NEVADA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.   (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • unknown community ties • unknown bail resources

1

1. • HISTORY OF PROBATION VIOLATION
2. • MULTIPLE PERSONAL IDENTIFIERS
3. and/or
4. B.  (✓)  The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7. finding is based on: _____
8. • EXTENSIVE CRIMINAL HISTORY
9. _____
10. _____.
11.
12. IT THEREFORE IS ORDERED that the defendant be detained pending the
13. further revocation proceedings.
14.
15. DATED: 9.30.09

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE